### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**NELSON L. BRUCE**                                                        **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 2:19-mc-198-KS-MTP**

**BANK OF AMERICA, N.A.,** *et. al***.**                                  **DEFENDANTS**

### ORDER TO SUBMIT FINANCIAL INFORMATION

THIS MATTER is before the Court on Plaintiff's Motion [2] to Proceed *in forma pauperis*. Plaintiff has submitted some financial information, but it is neither comprehensive nor clear. For example, Plaintiff represents that he does not have any income, but does have expenses. Plaintiff does not explain how he pays for his necessities. Plaintiff also lists "alleged debt," but does not identify any real property as an asset.

Plaintiff is directed to complete and return the attached long form financial affidavit by **January 16, 2020** in order that Court will have sufficient information to fairly assess Plaintiff's financial status. Failure to comply with orders of this Court may result in the dismissal of this case.

SO ORDERED, this the 2nd day of January, 2020.

                                                         s/Michael T. Parker
                                                         United States Magistrate Judge